1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Following Page]

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO/OAKLAND DIVISION

12

13  CLAUDE BRYANT, CRAIG FULCHER,            Case No. CV 07 5696
    SANFORD LEVINE and THOMAS
14  THOMPSON,                                 **PLAINTIFFS' CERTIFICATION OF
    on behalf of themselves                   INTERESTED ENTITIES OR PERSONS**
15  and all employees similarly situated,
                                              L.R. 3-16
16         Plaintiffs,

17         - vs -

18  ALDERWOODS GROUP, INC., SERVICE
    CORPORATION INTERNATIONAL, SCI
19  FUNERAL AND CEMETERY PURCHASING
    COOPERATIVE, INC., SCI EASTERN
20  MARKET SUPPORT CENTER, L.P., SCI
    WESTERN MARKET SUPPORT CENTER,
21  L.P. a/k/a SCI WESTERN MARKET
    SUPPORT CENTER, INC., SCI HOUSTON
22  MARKET SUPPORT CENTER, L.P., JANE D.
    JONES, GWEN PETTEWAY, THOMAS
23  RYAN, PAUL A. HOUSTON and CURTIS
    BRIGGS,
24
           Defendants.
25

26

27

28

1 | Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:
2 |
3 | Patrick J. Solomon, NY Attorney No. 2716660
    Annette Gifford, NY Attorney No. 4105870
    DOLIN, THOMAS & SOLOMON LLP
4 | 693 East Avenue
    Rochester, NY 14607
5 | Telephone: (585) 272-0540
    Facsimile: (585) 272-0574
6 | psolomon@theemploymentattorneys.com

7 | Charles H. Saul, PA State Bar No.19938
    Liberty J. Weyandt, PA State Bar No. 87654
8 | MARGOLIS EDELSTEIN
    525 William Penn Place
9 | Suite 3300
    Pittsburgh, PA 15219
10 | Telephone: (412) 281-4256
     Facsimile: (412) 642-2380
11 | csaul@margolisedelstein.com

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

5  Date: November 8, 2007

By: *(signature)*
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No. 19938
Liberty J. Weyandt, PA State Bar No. 87654
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiff

PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS