1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Following Page]

8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO/OAKLAND DIVISION

12
   CLAUDE BRYANT, CRAIG FULCHER,        Case No. CV 07 5696 MEJ
13 SANFORD LEVINE and THOMAS
   THOMPSON,                             NOTICE OF PENDENCY
14 on behalf of themselves                OF OTHER ACTIONS
   and all employees similarly situated,  Local Rule 3-13
15
         Plaintiffs,
16           - vs -

17 ALDERWOODS GROUP, INC., SERVICE
   CORPORATION INTERNATIONAL, SCI
18 FUNERAL AND CEMETERY PURCHASING
   COOPERATIVE, INC., SCI EASTERN
19 MARKET SUPPORT CENTER, L.P., SCI
   WESTERN MARKET SUPPORT CENTER,
20 L.P. a/k/a SCI WESTERN MARKET
   SUPPORT CENTER, INC., SCI HOUSTON
21 MARKET SUPPORT CENTER, L.P., JANE D.
   JONES, GWEN PETTEWAY, THOMAS
22 RYAN, PAUL A. HOUSTON and CURTIS
   BRIGGS,
23
         Defendants.
24

25

26

27

28

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574
psolomon@theemploymentattorneys.com

Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Facsimile: (412) 642-2380
csaul@margolisedelstein.com

**NOTICE OF PENDENCY OF OTHER ACTIONS**

Pursuant to Local Rule 3-13, Plaintiffs hereby notify this Court of two actions currently pending in federal courts which involve a material part of the same subject matter as the instant action, in that all of these proceedings relate to the defendant's policies and practices regarding their employees' overtime pay.

The first action, Prise v. Alderwoods Group, Inc. et al., 07-cv-1641 (W.D.P.A., filed December 8, 2006) ("Prise I"), is a collective action under the Fair Labor Standards Act brought by defendants' current and former employees. None of the plaintiffs in the instant action are parties to the Prise I litigation. In fact, by order of the Prise I court, the opt-in period in that case has passed for most of the plaintiffs in the instant action, and therefore most of the plaintiffs in this action are not eligible to participate in the Prise I action.

The second action, Prise v. Alderwoods Group, Inc. et al., 07-cv-5140 (N.D. Cal., filed October 5, 2007) ("Prise II"), is a class action brought by current and former employees for violations of various states' wage and hour laws, as well as for violations of state common laws. The claims in Prise II were initially asserted in the Prise I action but, at the defendants' request, the Prise I court declined to exercise supplemental jurisdiction over these claims. Prise II was then filed in state court and was subsequently removed to federal court by the defendants. Neither of the federal law claims asserted in the instant action are at issue in Prise II, which involves only state law claims that have been removed to federal court. None of the plaintiffs in the instant action are currently named plaintiffs in Prise II although, in the event that a class is certified in Prise II, some of the plaintiffs in the instant action may also become class members in that action.

Transfer should not be effected pursuant to 28 U.S.C. § 1407 because the common questions of fact between the instant case and Prise I, the federal case in Pennsylvania, are not sufficiently complex to warrant transfer. Furthermore, the accompanying discovery is not so time consuming that transfer would serve the convenience of parties and witnesses or promote just and efficient conduct of the litigation. Additionally, defendants previously argued that the

state law claims raised in Prise II are inherently incomparable with the federal law claims raised in Prise I and in the instant action.

Respectfully Submitted,

ROSEN, BIEN & GALVAN, LLP

Date: November 8, 2007

By: _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiffs