IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDE BRYANT,                             No. C 07-05696SI

      Plaintiff,                           **NOTICE**

v.

ALDERWOODS GROUP INC,

      Defendant.
                                     /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 22, 2008, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: December 12, 2007                            RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California