1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Following Page]

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>- vs -<br><br>ALDERWOODS GROUP, INC., SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, PAUL A. HOUSTON and CURTIS BRIGGS<br><br>Defendants. | Case No. C 07-05696SI<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF (STEPHEN T. CESTARO)** |

1  Additional Attorneys for Plaintiffs, who will submit
   applications for admission *pro hac vice*:
2
   J. Nelson Thomas, NY Attorney No. 2579159
3  Patrick J. Solomon, NY Attorney No. 2716660
   Michael J. Lingle, NY Attorney No. 3925765
4  Annette Gifford, NY Attorney No. 4105870
   Justin M. Cordello, NY Attorney No. 4131447
5  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
6  Rochester, NY 14607
   Telephone: (585) 272-0540
7  Facsimile:  (585) 272-0574
   psolomon@theemploymentattorneys.com
8
   Charles H. Saul, PA State Bar No.19938
9  Liberty J. Weyandt, PA State Bar No. 87654
   Kyle T. McGee, PA State Bar No. 205661
10 MARGOLIS EDELSTEIN
   525 William Penn Place
11 Suite 3300
   Pittsburgh, PA 15219
12 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380
13 csaul@margolisedelstein.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO BECOME A PARTY PLAINTIFF (STEPHEN T. CESTARO)

Plaintiffs, by and through their counsel, Rosen, Bien & Galvan, LLP., hereby file a Consent To Become A Party Plaintiff signed by Stephen T. Cestaro.

        Respectfully Submitted,

        ROSEN, BIEN & GALVAN, LLP

Date: February 5, 2008

By: */s/ Sanford Jay Rosen*

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin M. Cordello, NY Attorney No. 4131447
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiff

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff", named, or a representative plaintiff in any action or matter, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s). I am, or was employed by either Alderwoods Group, Inc. or Service Corporation International.

I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_[signature]_ 11/24/07    STEPHEN T. CESTARO
Signature            Date    Print Name