1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7  [Additional Counsel Listed on Following Page]

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO/OAKLAND DIVISION

11

12  CLAUDE BRYANT, CRAIG FULCHER, SANFORD          Case No. C 07-05696SI
    LEVINE and THOMAS THOMPSON,
13  on behalf of themselves
    and all employees similarly situated,          **CONSENT TO BECOME A**
14                                                  **PARTY PLAINTIFF**
             Plaintiffs,                            **(WILLIAM SEAN**
15                                                  **SWEETMON)**
             - vs -
16
    ALDERWOODS GROUP, INC., SERVICE
17  CORPORATION INTERNATIONAL, SCI FUNERAL
    AND CEMETERY PURCHASING COOPERATIVE,
18  INC., SCI EASTERN MARKET SUPPORT CENTER,
    L.P., SCI WESTERN MARKET SUPPORT CENTER,
19  L.P. a/k/a SCI WESTERN MARKET SUPPORT
    CENTER, INC., SCI HOUSTON MARKET SUPPORT
20  CENTER, L.P., JANE D. JONES, GWEN PETTEWAY,
    THOMAS RYAN, PAUL A. HOUSTON and CURTIS
21  BRIGGS

22           Defendants.

23

24

25

26

27

28

1
Additional Attorneys for Plaintiffs, who will submit
applications for admission *pro hac vice*:

2

3
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765

4
Annette Gifford, NY Attorney No. 4105870
Justin M. Cordello, NY Attorney No. 4131447

5
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue

6
Rochester, NY 14607
Telephone: (585) 272-0540

7
Facsimile:  (585) 272-0574
psolomon@theemploymentattorneys.com

8

9
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661

10
MARGOLIS EDELSTEIN
525 William Penn Place

11
Suite 3300
Pittsburgh, PA 15219

12
Telephone: (412) 281-4256
Facsimile: (412) 642-2380

13
csaul@margolisedelstein.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CONSENT TO BECOME A PARTY PLAINTIFF (WILLIAM SEAN SWEETMON)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs, by and through their counsel, Rosen, Bien & Galvan, LLP., hereby file a Consent To Become A Party Plaintiff signed by William Sean Sweetmon.


Respectfully Submitted,

ROSEN, BIEN & GALVAN, LLP


Date: February 5, 2008


By: /s/ Sanford Jay Rosen

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin M. Cordello, NY Attorney No. 4131447
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiff

2

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff", named, or a representative plaintiff in any action or matter, seeking payment of unpaid wages, including overtime wages, and related relief against my employer(s), on behalf of myself and other former and current employees of the employer(s). I am, or was employed by either Alderwoods Group, Inc. or Service Corporation International.

I authorize the representative plaintiffs and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

| | | |
|---|---|---|
| **Signature** | **Date** | **Print Name** |

H:\Alderwood Group\Consent to Opt In.doc