Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Following Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all employees similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　- vs -<br><br>ALDERWOODS GROUP, INC., SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, PAUL A. HOUSTON and CURTIS BRIGGS<br><br>　　　　Defendants. | Case No. C 07-05696SI<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF (JOHN S. ZEMBRUSKI, JR.)** |

1 | Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

2

3 | J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765

4 | Annette Gifford, NY Attorney No. 4105870
Justin M. Cordello, NY Attorney No. 4131447

5 | DOLIN, THOMAS & SOLOMON LLP
693 East Avenue

6 | Rochester, NY 14607
Telephone: (585) 272-0540

7 | Facsimile:  (585) 272-0574
psolomon@theemploymentattorneys.com

8

9 | Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661

10 | MARGOLIS EDELSTEIN
525 William Penn Place

11 | Suite 3300
Pittsburgh, PA 15219

12 | Telephone: (412) 281-4256
Facsimile: (412) 642-2380

13 | csaul@margolisedelstein.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO BECOME A PARTY PLAINTIFF (JOHN S. ZEMBRUSKI, JR.)

Plaintiffs, by and through their counsel, Rosen, Bien & Galvan, LLP., hereby file a Consent To Become A Party Plaintiff signed by John S. Zembruski, Jr.

Respectfully Submitted,

ROSEN, BIEN & GALVAN, LLP

Date: February 20, 2008

By: */s/ Lori Rifkin*

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Annette Gifford, NY Attorney No. 4105870
Justin M. Cordello, NY Attorney No. 4131447
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

Attorneys for Plaintiff

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages under Federal or State law, including overtime wages, and related relief against my employer(s) including any individual(s) who may be considered my employer(s), on behalf of myself and other former and current employees of the employer(s). I am, or was employed by Alderwoods Group, Inc. and/or Service Corporation International

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_[signature]_    01/25/2008    John S. Zembrvski, Jr.

**Signature**      **Date**      **Print Name**

consentform_01072008