1 | Sanford Jay Rosen, State Bar No. 62566
2 | Maria V. Morris, State Bar No. 223903
  | Lori E. Rifkin, State Bar No. 244081
3 | ROSEN, BIEN & GAL VAN, LLP
  | 315 Montgomery Street, Tenth Floor
4 | San Francisco, CA 94104
  | Telephone: (415) 433-6830
5 | Facsimile: (415) 433-7104
  | srosenrbg-law.com
6 | Attorneys for Plaintiffs
  | [Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. aJkla SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTE WAY, THOMAS RYAN, PAUL A. HOUSTON and CURTIS BRIGGS,<br><br>Defendants. | Case No. CV-07-5696 SI<br><br>**EX PARTE APPLICATION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE** |

---

EX PARTE APPLICATION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE - Case No. CV-07-5696 SI

Additional Attorneys for Plaintiffs, who will submit applications for admission pro hac vice:

Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574
psolomon@theemploymentattorneys.com

Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
MARGOLIS EDEL STEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412)281-4256
Facsimile: (412) 642-2380
csaulmargolisedelstein.com

1 On December 12, 2007, this Court scheduled an Initial Case Management
2 Conference for Friday, February 22, 2008 at 2:00 P.M.  Plaintiffs respectfully request that
3 this conference be rescheduled for good cause.  The deadline pursuant to Federal Rule of
4 Civil Procedure for service of process on defendants is March 10, 2008, and plaintiffs have
5 not yet completed service.  Plaintiffs may file an Amended Complaint prior to the
6 Complaint being served.  Therefore, plaintiffs respectfully request that this Court issue an
7 order providing new dates for the parties to meet and confer, file a Joint Case Management
8 Statement, and participate in the Initial Case Management Conference, to take place after
9 March 10, 2008.  Plaintiffs propose the following schedule:

The Parties shall meet and confer no later than March 20, 2008;

The Case Management Conference Statement shall be due March 28, 2008;

The Case Management Conference shall be held on April 4, 2008 at 2:00 p.m.

Dated:  February 21, 2008                                  Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP


By: */s/ Maria V. Morris*
    Maria V. Morris
    Attorneys for Plaintiffs