1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GAL VAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosenrbg-law.com
   Attorneys for Plaintiffs
6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all employees similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALDERWOODS GROUP, INC., SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. aJkla SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTE WAY, THOMAS RYAN, PAUL A. HOUSTON and CURTIS BRIGGS,<br><br>  Defendants. | Case No. CV-07-5696 SI<br><br>**[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Additional Attorneys for Plaintiffs, who will submit applications for admission pro hac vice:

Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574
psolomon@theemploymentattorneys.com

Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
MARGOLIS EDEL STEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: (412)281-4256
Facsimile: (412) 642-2380
csaulmargolisedelstein.com

1  Good cause appearing, plaintiffs' ex parte application for the rescheduling of the
2  case management conference is granted.  The initial case management conference is
3  rescheduled to take place on April 4, 2008.  The parties shall submit a joint case
4  management conference statement no later than March 28, 2008 and shall meet and confer
5  in advance of that statement no later than March 20, 2008.

6

7  Dated:

8

                                        The Honorable Susan Illston
                                        United States District Court

[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE - Case No. CV-07-5696 SI