# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

Claude Bryant, Craig Fulcher, Sanford Levine
and Thomas Thompson, on behalf of themselves
and all employees similarly situated,

V.

Alderwoods Group, Inc., Paul A. Houston,
Service Corporation International,
(continued on Attachment 1)

SUMMONS IN A CIVIL CASE

CASE NUMBER:  3:07-cv-5696-SI

TO: (Name and address of defendant)

Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808
Registered Agent on Behalf of Alderwoods Group, Inc.
(continued on Attachment 2)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sanford Jay Rosen
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within  30  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  March 6, 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

| *Check one box below to indicate appropriate method of service* |
|---|
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____       _____<br>                        *Date*                                           *Signature of Server*<br><br>                                                                _____<br>                                                                   *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Attachment 1**

*Defendants, continued:*

SCI Funeral and Cemetery Purchasing Cooperative, Inc., SCI Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P. a/k/a SCI Western Market Support Center, Inc., SCI Houston Market Support Center, L.P., and John Does 1-3.


**Attachment 2**

*TO, continued:*

*TO:*
Paul A. Houston
[Address to be amended]

*TO:*
James M. Shelger
1929 Allen Parkway
Houston, TX 77019
Registered Agent on Behalf of Service Corporation International,
Registered Agent on Behalf of SCI Funeral and Cemetery Purchasing Cooperative, Inc., and
Registered Agent on Behalf of SCI Houston Market Support Center, L.P.

*TO:*
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
701 Brazos Street
Suite 1050
Austin, TX 78701
Registered Agent on Behalf of SCI Eastern Market Support Center, L.P.,

*TO:*
Corporation Service Company
2730 Gateway Oaks Drive
Sacramento, CA 95833
Registered Agent on Behalf of SCI Western Market Support Center, L.P. a/k/a SCI Western Market Support Center, Inc.

*TO:*
John Does 1-3
[Names and addresses to be amended]