| | |
|---|---|
| **Service of Process Affidavit** | **East Coast Process Servers** |
| Claude Bryant, Craig Fulcher, Sanford Levine and Thomas, | Case# 3:07-CV-5696SI |

Plaintiffs,

VS.

Alderwoods Group, Inc.,
Paul A. Houston

Defendant,

I, <u>Robert B Rodriguez</u>, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**

The Service of Process was completed on, March 07, 2008 @ 8:37AM
<u>Alderwoods Group, Inc.</u> was served with the following documents:

- Summons
- Amended Complaint
- Plaintiff's Certification of interested entities or persons
- Notice of pendency of others actions
- Order rescheduling case management conference
- Plaintiff's case management statement

☐Residence:
☒Business Address: 2711 Centerville Rd., Suite 400, Wilmington, DE 19808
**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

☒ **Substituted at Business:**
"Service on Alderwoods Group, Inc. was executed during office hours by delivering the above-mentioned documents to its registered agent, **CORPORATION SERVICE COMPANY**, by delivering to the authorized agent, <u>Mary T. Drummond</u>."

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served because of the following reason(s):

| | |
|---|---|
| **Service of Process Affidavit** | **East Coast Process Servers** |
| | Case# 3:07-CV-5696SI |

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion

☐ Address Does Not Exist ☐
Other _____

**Service Attempts:** Service was Served on March 07, 2008 @ 8:37AM

**Description:** <u>Age:</u> 40 <u>Sex:</u> F <u>Race:</u> B <u>Height:</u> 5'7" <u>Weight:</u> 130 lbs. Lbs. <u>Hair:</u> Wore Glasses

**SIGNATURE OF PROCESS SERVER**

Robert B. Rodriguez

X _[signature]_

SUBSCRIBED AND SWORN to before me this 7th day of March 2008.

County of New Castle

NOTARY PUBLIC for the state of Delaware

**Printed name OF NOTARY PUBLIC**

Sheena Wesley

SHEENA D. WESLEY
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES JANUARY 24, 2010

**SIGNATURE OF NOTARY PUBLIC**

_[signature]_

**Service of Process Affidavit**        **East Coast Process Servers**
Case# 3:07-CV-5696SI