UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 3:07-CV-5696-SI

CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and
THOMAS THOMPSON, on behalf of themselves and all
emloyees similarly situated
VS.
ALDERWOODS GROUP, INC., PAUL A. HOUSTON,
SERVICE CORPORATION INTERNATIONAL, ET AL

RETURN

Came to hand:   3 / 6 /2008, at  1:40  o'clock P.M.

- ☑ Summons in a Civil Case
- ☑ Amended Complaint – Collective Action (w/Demand for Jury Trial)
- ☑ Plaintiff's Certification of Interested Entities or Persons
- ☑ Notice of Pendency of Other Actions (Local Rule 3-13)
- ☑ (Proposed) Order Rescheduling Case Management Conference
- ☑ Plaintiff''s Case Management Statement

Executed on:   3 / 6 /2008, at  2:16  o'clock P.M.

Executed at 701 Brazos St., Suite 1050, Austin, TX 78701, by delivering to:

SCI EASTERN MARKET SUPPORT CENTER, L.P.
by delivering to its registered agent: CORPORATION SERVICE COMPANY,
d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY,
by delivering to its managing agent: Susan Vertrees

In person, a true copy of the above specified civil process.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Server: MATTHEW MURSKI
ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS   }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 6TH day of March 2008

Notary Public Signature

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Claude Bryant, Craig Fulcher, Sanford Levine
and Thomas Thompson, on behalf of themselves
and all employees similarly situated,

V.

Alderwoods Group, Inc., Paul A. Houston,
Service Corporation International,
(continued on Attachment 1)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-cv-5696-SI

TO: (Name and address of defendant)

Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, Delaware 19808
Registered Agent on Behalf of Alderwoods Group, Inc.
(continued on Attachment 2)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sanford Jay Rosen
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 6, 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                                    Signature of Server

                                                                        _____
                                                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**Attachment 1**

*Defendants, continued:*

SCI Funeral and Cemetery Purchasing Cooperative, Inc., SCI Eastern Market Support Center, L.P., SCI Western Market Support Center, L.P. a/k/a SCI Western Market Support Center, Inc., SCI Houston Market Support Center, L.P., and John Does 1-3.

**Attachment 2**

*TO, continued:*

TO:
Paul A. Houston
[Address to be amended]

TO:
James M. Shelger
1929 Allen Parkway
Houston, TX 77019
Registered Agent on Behalf of Service Corporation International,
Registered Agent on Behalf of SCI Funeral and Cemetery Purchasing Cooperative, Inc., and
Registered Agent on Behalf of SCI Houston Market Support Center, L.P.

TO:
Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
701 Brazos Street
Suite 1050
Austin, TX 78701
Registered Agent on Behalf of SCI Eastern Market Support Center, L.P.,

TO:
Corporation Service Company
2730 Gateway Oaks Drive
Sacramento, CA 95833
Registered Agent on Behalf of SCI Western Market Support Center, L.P. a/k/a SCI Western Market Support Center, Inc.

TO:
John Does 1-3
[Names and addresses to be amended]