UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 3:07-CV-5696-SI

CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE
and THOMAS THOMPSON, on behalf of themselves and
all Employees similarly situated
VS.
ALDERWOODS GROUP, INC., PAUL A. HOUSTON,
SERVICE CORPORATION INTERNATIONAL, ET AL

RETURN

Came to hand:   3 / 8 /2008, at  1:40  o'clock  P.M.

☑ Summons in a Civil Case
☑ Amended Complaint
☑ Demand for Jury Trial

Executed on:   3 / 8 /2008, at  2:23  o'clock  P.M.

Executed at 701 Brazos St., Suite 1050, Austin, TX 78701, by delivering to:

SCI EASTERN MARKET SUPPORT CENTER, L.P.
by delivering to its registered agent, CORPORATION SERVICE COMPANY
d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY
by delivering to its managing agent, VERONICA CORDELL

In person, a true copy of the above specified civil process.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Server: ROGER SIMMONS
ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS   }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 7^(TH) day of March 2008.

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

Notary Public Signature