UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, et al., ,<br><br>   Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., et al.,<br><br>   Defendants. | Case No. 3:07-cv-5696-SI<br><br>**AFFIDAVIT OF SERVICE** |

TO: SCI Houston Market Support Center, L.P.

**BEFORE ME,** the undersigned authority, on this day appeared, ***ROBERT LEHEW***, personally before me and stated under oath as follows:

1. My name is ***ROBERT LEHEW***. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am an authorized private process server licensed by and through the Supreme Court of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

2. The documents referenced in this affidavit are:
   - Summons
   - Amended Complaint
   - Plaintiffs' Certification of Interested Entities or Persons
   - Notice of Pendency of Other Actions
   - Order Rescheduling Case Management Conference
   - Plaintiffs' Case Management Statement

3. ON _March 6, 2008 @ 9:00 AM_ - CAME TO HAND. ON _March 7, 2008 @ 12:15_ - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO:   CHRISTOPHER L. FARMER, WHO REPRESENTED THAT HE WAS AN ATTORNEY AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF JAMES M. SHELGER, REGISTERED AGENT FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P., 1929 ALLEN PARKWAY, HOUSTON, TX 77019.

4. FURTHER AFFIANT SAYETH NOT.

_Robert Lehew SCH1496_
ROBERT LEHEW, AFFIANT
(ID #SCH1496)

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this _7_ day of _March_, 2008.

_[signature]_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

HELEN HIEN PHAM
Notary Public, State of Texas
My Commission Expires
May 31, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE **AFFIDAVIT ATTACHED** |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                              Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.