UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, et al., ,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC., et al.,<br><br>Defendants. | Case No. 3:07-cv-5696-SI<br><br>**AFFIDAVIT OF SERVICE** |

TO: SCI Houston Market Support Center, L.P.

**BEFORE ME,** the undersigned authority, on this day appeared, ***ROBERT LEHEW***, personally before me and stated under oath as follows:

1. My name is ***ROBERT LEHEW***. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am an authorized private process server licensed by and through the Supreme Court of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

2. The documents referenced in this affidavit are:
   - Summons
   - Amended Complaint

3. ON <u>MARCH 6, 2008 @ 9:00 AM</u> - CAME TO HAND. ON <u>March 7, 2008 @ 3:35 PM</u> - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO:   ROBERT MADEIRA, WHO REPRESENTED THAT HE WAS AN ATTORNEY AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF JAMES M. SHELGER, REGISTERED AGENT FOR SCI HOUSTON MARKET SUPPORT CENTER, L.P., 1929 ALLEN PARKWAY, HOUSTON, TX 77019.

4. FURTHER AFFIANT SAYETH NOT.

_Robert Lehew SCH1496_
ROBERT LEHEW, AFFIANT
(ID #SCH1496)

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this 7 day of _March_, 2008.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

AO 440 (Rev. 5/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | **AFFIDAVIT** |
| Name of SERVER | TITLE **ATTACHED** |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                    Signature of Server

                                                         _____
                                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure