Claude Bryant, Craig Fulcher,
Sanford Levine and Thomas,
                       Plaintiffs,
    VS.
Alderwoods Group, Inc.,
Paul A. Houston
                       Defendant,

Case# 3:07-CV-5696SI

I, Robert B Rodriguez, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**

The Service of Process was completed on, March 07, 2008 @ 4:00PM
Alderwoods Group, Inc. was served with the following documents:

- Summons
- Amended Complaint

☐ Residence:
☒ Business Address: 2711 Centerville Rd., Suite 400, Wilmington, DE 19808
**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

☒ **Substituted at Business:**
"Service on Alderwoods Group, Inc. was executed during office hours by delivering the above-mentioned documents to its registered agent, **CORPORATION SERVICE COMPANY**, by delivering to the authorized agent, Mary T. Drummond."

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been
unable to effect process upon the person/entity being served because of the following reason(s):

**Service of Process Affidavit**        **East Coast Process Servers**
                                           Case# 3:07-CV-5696SI

**Service of Process Affidavit**        **East Coast Process Servers**
                                           Case# 3:07-CV-5696SI

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion

☐ Address Does Not Exist ☐
Other_____

**Service Attempts:** Service was Served on March 07, 2008 @ 4:00PM

**Description:** Age: 40 Sex: F Race: B Height: 5'7" Weight: 130 lbs. Lbs. Hair: Wore Glasses

**SIGNATURE OF PROCESS SERVER**

Robert B. Rodriguez

X _____

SUBSCRIBED AND SWORN to before me this 10th day of March, 2008.

County of New Castle

NOTARY PUBLIC for the state of Delaware

**Printed name OF NOTARY PUBLIC**

Sheena Wesley

SHEENA D. WESLEY
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES JANUARY 24, 2010

**SIGNATURE OF NOTARY PUBLIC**

Sheena Wesley

**Service of Process Affidavit**          **East Coast Process Servers**
                                          Case# 3:07-CV-5696SI