| *Attorney or Party without Attorney:*<br>DOLIN, THOMAS & SOLOMON LLP<br>693 EAST AVE<br>ROCHESTER, NY 14607<br>*Telephone No:* 585.272.0540    *FAX No:* 585.272.0574<br>konofrey@theemploymentattorneys.com<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT

*Plaintiff:* CLAUDE BRYANT, ET AL
*Defendant:* ALDERWOODS GROUP, INC. ET AL

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:07-CV-5696-SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND AMENDED COMPLAINT

3. a. Party served:   SCI WESTERN MARKET SUPPORT CENTER, L.P. A/K/A SCI WESTERN MARKET SUPPORT CENTER, INC.
   b. Person served:  BECKY DEGEORGE AUTHORIZED TO ACCEPT SERVICE OF PROCESS, White, Female, 49 Years Old, Blonde Hair, Blue Eyes, 5 Feet 6 Inches, 160 Pounds

4. Address where the party was served:   2730 GATEWAY OAKS DR., SUITE 100
                                          SACRAMENTO, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Mar. 07, 2008 (2) at: 12:40PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SCI WESTERN MARKET SUPPORT CENTER, L.P. A/K/A SCI WESTERN MARKET SUPPORT CENTER, INC.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. Craig Lawson

   COUNTY-LEGAL
   1023 H Street, Suite B3
   Sacramento, CA 95814
   (916) 446-4890, FAX (916) 446-4892
   www.county-legal.com  info@county-legal.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:   $88.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   2002-59
      (iii) County:   Sacramento
      (iv) Expiration Date:   Mon, Dec. 08, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Mar. 07, 2008

   (Craig Lawson)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

dtsny.7796

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA        )

COUNTY OF SACRAMENTO       )

On March 10, 2008 before me, S. L. Nelson, Notary Public,
     DATE                                    NAME, TITLE OF OFFICER – E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared, CRAIG LAWSON

~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

WITNESS my hand and official seal.

_Stephanie Nelson_ (SEAL)
NOTARY PUBLIC SIGNATURE

S. L. NELSON
Commission # 1584685
Notary Public - California
Sacramento County
My Comm. Expires Jun 10, 2009

──────── **OPTIONAL INFORMATION** ────────

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT  PROOF OF SERVICE

DATE OF DOCUMENT  MARCH 7, 2008    NUMBER OF PAGES  1

SIGNER(S) OTHER THAN NAMED ABOVE    None

SIGNER'S NAME _____    SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
|---|---|
|  |  |