IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., | Nos. C 07-05696 SI; C 08-01190 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALDERWOODS GROUP, INC., et al., | |
| Defendants. | |

A case management conference in case number 07-5696 is currently scheduled for Friday, April 4, 2008. In advance of that conference, counsel for both parties are ordered to file a joint statement informing the Court of the status and background of all pending and closed wage-related cases, in both state and federal court, brought by plaintiffs or similarly-situated plaintiffs against these defendants. The parties shall also show cause why case numbers 07-5696 and 08-1190 should not be transferred to the Western District of Pennsylvania, where a federal judge has already been overseeing a nearly identical case. The parties shall file the joint statement by Friday, March 28, 2008.

**IT IS SO ORDERED.**

Dated: March 18, 2008

SUSAN ILLSTON
United States District Judge