1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all employees similarly situated, <br><br> Plaintiffs, <br><br> - vs - <br><br> ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P, and JOHN DOES 1-3, <br><br> Defendants. | Case No. CV 07-5696 SI <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CONFERENCE        Case No. CV 07-5696 SI

1  Additional Attorneys for Plaintiffs, who will
   submit applications for admission *pro hac vice*:
2
   J. Nelson Thomas, NY Attorney No. 2579159
3  Patrick J. Solomon, NY Attorney No. 2716660
   Michael J. Lingle, NY Attorney No. 3925765
4  Annette Gifford, NY Attorney No. 4105870
   Justin Cordello, NY Attorney No. 4131447
5  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
6  Rochester, NY 14607
   Telephone: (585) 272-0540
7  Facsimile:  (585) 272-0574
   nthomas@theemploymentattorneys.com
8
   Charles H. Saul, PA State Bar No. 19938
9  Liberty J. Weyandt, PA State Bar No. 87654
   Kyle T. McGee, PA State Bar No. 205661
10 MARGOLIS EDELSTEIN
   525 William Penn Place
11 Suite 3300
   Pittsburgh, PA 15219
12 Telephone: (412) 281-4256
   Facsimile: (412) 642-2380
13 csaul@margolisedelstein.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs hereby administratively move for an Order continuing the date for the scheduled Initial Case Management Conference in this matter until after the Court's ruling on the motions to remand pending in two related matters pursuant to Local Rule 7-11.  This Motion is based on this Administrative Motion, the Declaration of Annette Gifford and Proposed Order filed herewith, all records and files in this case, and the arguments, if any, of counsel.

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CONFERENCE**

Previously, this Court has ruled that the instant action ("*Bryant I*") is related to two other pending actions, *Helm, et al. v. Alderwoods Group, Inc., et al.*, Case No. 08-1184-SI ("*Helm*") and *Bryant, et al. v. Service Corporation International, et al.*, Case No. 08-1190-SI ("*Bryant II*").

Currently, a case management conference in *Bryant I* is scheduled for Monday, April 7, 2008 (the "Conference").  *See Bryant I*, Docket No. 39.  On March 18, 2008, this Court issued and Order to Show Cause indicating that the Court intends to consider at the Conference the issue of whether any of the three related matters should be transferred to the Western District of Pennsylvania.  *See Bryant I*, Docket No. 37; *Bryant II*, Docket No. 32.

On March 24, 2008, plaintiffs filed motions to remand both the *Helm* and the *Bryant II* matters to state court.  *See Helm*, Docket No. 29[1]; *Bryant I*, Docket No. 34.  Hearings on both of those motions are currently scheduled for May 9, 2008.  *See Helm*, Docket No. 43; *Bryant I*, Docket No. 34.  Plaintiffs previously set out the procedural history of these cases in their response to the *sua sponte* referral for determination of relationship of cases in the *Helm* matter.  *See Helm*, Docket No. 28.

---

[1] This motion was subsequently re-noticed, following the Court's determination that the *Helm* matter is related to *Bryant I* and *Bryant II*.  *See Helm*, Docket No. 43.

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CONFERENCE    Case No. CV 07-5696 SI

In light of plaintiffs' motions to remand, and in light of the Court's inquiry regarding whether certain matters should be transferred to another District Court, plaintiffs request that the Conference be continued until after this Court's ruling on the motions to remand. The issue of this Court's subject matter jurisdiction over the two state law actions is a threshold issue which must be determined before this Court takes any other action with respect to these cases. Plaintiffs also submit that the any other case management issues that would be addressed at the Conference may be more efficiently addressed only after this Court has determined whether it has subject matter jurisdiction over the *Helm* and *Bryant II* actions.

On March 26, 2008, plaintiffs' counsel met and conferred with defendants' counsel by telephone to determine whether the parties could reach a stipulated agreement regarding plaintiffs' requested continuance. At that time, defendants' counsel indicated that defendants will object to plaintiffs' request.

The schedule currently set out would be an inefficient use of judicial resources as it would require the Court and the parties to engage in a Conference regarding case management issues prior to the time the Court has determined, by ruling on plaintiffs' pending motions for remand, whether it may exercise subject matter jurisdiction over those matters. Thus, plaintiffs' request is in the interest of judicial economy.

Respectfully Submitted,

ROSEN, BIEN & GALVAN, LLP

Date: March 27, 2008                By: */s/ Lori Rifkin*

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CONFERENCE        Case No. CV 07-5696 SI

1  DOLIN, THOMAS & SOLOMON LLP
   J. Nelson Thomas, NY Attorney No. 2579159
2  Patrick J. Solomon, NY Attorney No. 2716660
   Michael J. Lingle, NY Attorney No. 3925765
3  Annette Gifford, NY Attorney No. 4105870
   Justin Cordello, NY Attorney No. 4131447
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540

6  MARGOLIS EDELSTEIN
   Charles H. Saul, PA State Bar No.19938
7  Liberty J. Weyandt, PA State Bar No. 87654
   Kyle T. McGee, PA State Bar No. 205661
8  525 William Penn Place, Suite 3300
   Pittsburgh, PA 15219
9  Telephone: (412) 281-4256

10 Attorneys for Plaintiffs

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONTINUE CONFERENCE     Case No. CV 07-5696 SI