Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile:  (415) 433-7104
srosen@rbg-law.com

[Additional Counsel Listed on Following Page]

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all employees similarly situated,<br><br>    Plaintiffs,<br><br>    - vs -<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P, and JOHN DOES 1-3,<br><br>    Defendants. | Case No. CV 07-5696 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  Additional Attorneys for Plaintiffs, who will
2  submit applications for admission *pro hac vice*:

3  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
4  Michael J. Lingle, NY Attorney No. 3925765
   Annette Gifford, NY Attorney No. 4105870
5  Justin Cordello, NY Attorney No. 4131447
   DOLIN, THOMAS & SOLOMON LLP
6  693 East Avenue
   Rochester, NY 14607
7  Telephone: (585) 272-0540
   Facsimile:  (585) 272-0574
8  nthomas@theemploymentattorneys.com

9  Charles H. Saul, PA State Bar No. 19938
   Liberty J. Weyandt, PA State Bar No. 87654
10 Kyle T. McGee, PA State Bar No. 205661
   MARGOLIS EDELSTEIN
11 525 William Penn Place
   Suite 3300
12 Pittsburgh, PA 15219
   Telephone: (412) 281-4256
13 Facsimile: (412) 642-2380
   csaul@margolisedelstein.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE        Case No. CV 07-5696 SI

1
2         Good cause appearing, plaintiffs' administrative motion to continue the Case
3   Management Conference currently scheduled for Monday, April 7, 2008, is hereby
4   granted. The Court will reschedule that conference, if necessary, after its ruling on
5   plaintiffs' motions for remand.
6
7   Dated: _____          _____
8                                                   Honorable Susan Illston
9                                                   United States District Court