STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

ALDERWOODS GROUP, INC., PAUL A.
HOUSTON, SERVICE CORPORATION
INTERNATIONAL, SCI FUNERAL AND
CEMETERY PURCHASING COOPERATIVE, INC.,
SCI EASTERN MARKET SUPPORT CENTER, L.P.,
SCI WESTERN MARKET SUPPORT CENTER, L.P.
a/k/a SCI WESTERN MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., and JOHN DOES 1-3, et al. <br><br> Defendants. | No. **3:07-CV-5696-SI** <br><br> **DECLARATION OF LIANA JENSEN IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) AND FRCP 12(b)(6)** |

**LIANA JENSEN'S DECLARATION RE MOTION TO DISMISS**                                1
Case No. 3:07-CV-5696-SI

I, Liana Jensen, hereby specially appear in this matter for the sole purpose of moving to dismiss the Complaint and, in support of that motion, submit the following Declaration under penalty of perjury:

1. I am currently employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. in the position of legal assistant. I have held his position since September 2003.

2. I am the legal assistant assigned to work on the above caption case. As part of my job responsibilities related that case, I obtained copies of the Plaintiffs' W-2's they received for their employment. Attached hereto as collectively as Exhibit 1 are true and correct copies of those documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of March, 2008, at Houston, Texas.

*Liana Jensen*
Liana Jensen

**LIANA JENSEN'S DECLARATION RE MOTION TO DISMISS**
Case No. 3:07-CV-5696-SI

2

# EXHIBIT 1

| a Control number 0000040241 | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| | | OMB No. 1545-0008 | | |
| b Employer identification number 85-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code    SC2    623<br>SCI FUNERAL & CEMETERY PURCHASING COOP I<br>AGENT FOR SCI ARIZONA FUN<br>P.O. BOX 130548<br>HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name<br>JAMES W    STICKLE<br>4667 WEST 19TH PLACE<br>YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a d    D |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number<br>AZ   0741907163 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc.  19 Local income tax  20 Locality name | |

Form W-2  Wage and Tax Statement  2006    REISSUE

| a Control number 0000036780 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code          SC2      533 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN  P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial     Last name  ELEANOR R         RIGGIO 8414 N. 80TH PL SCOTTSDALE, AZ 85258 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number AZ   0741907163 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax    20 Locality name |

Form **W-2** Wage and Tax Statement  **2006**     **REISSUE**

| a Control number 0000075689 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▮▮▮ | 2 Federal income tax withheld ▮▮▮ |
|---|---|---|---|---|
| b Employer Identification number 83-0344693 | d Employee's social security number ▮▮▮ | | 3 Social security wages ▮▮▮ | 4 Social security tax withheld ▮▮▮ |
| c Employer's name, address, and ZIP code  SC2  3 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI ARIZONA FUN P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ▮▮▮ | 6 Medicare tax withheld ▮▮▮ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name FRANK A   ACUNA 2810 S 1ST AV #B YUMA, AZ 85364-0000 | | | 11 Nonqualified plans | 12 a-d |
| | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number AZ  0741907163 | 16 State wages, tips, etc. ▮▮▮ | 17 State income tax ▮▮▮ | 18 Local wages, tips, etc. | 19 Local income tax   20 Locality name |

Form **W-2** Wage and Tax Statement  **2006**    **REISSUE**

| a Control number 0000086464 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code  SD4  233 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME  P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name  JOSEPH W           BIERNACKI 189 ATHERTON AVE. PITTSBURG, CA 94565-0000 | | | 11 Nonqualified plans | 12 a d    D |
| | | | 14 Other  CASDI | |
| f Employee's address and ZIP code | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ | |
| 15 State  Employer's state ID number CA  122-2859-9 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    **REISSUE**

| a Control number 0000111529 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation ▇ | 2 Federal income tax withheld ▇ |
|---|---|---|---|---|
| b Employer identification number 83-0344693 | d Employee's social security number ▇ | | 3 Social security wages ▇ | 4 Social security tax withheld ▇ |
| c Employer's name, address, and ZIP code    SD4    1045 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR CALIFORNIA CEME P.O. BOX 130548 HOUSTON TX 77219-0548 | | | 5 Medicare wages and tips ▇ | 6 Medicare tax withheld ▇ |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name RHEALYN    HOLLAND 1011 YGNACIO VALLEY RO APT. 26 WALNUT CREEK, CA 94598 | | | 11 Nonqualified plans | 12 a-d   D ▇ |
| | | | 14 Other CASDI ▇ | |
| f Employee's address and ZIP code | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ | |
| 15 State   Employer's state ID number CA   122-2859-9 | 16 State wages, tips, etc. ▇ | 17 State income tax ▇ | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    **REISSUE**

| a Control number 0000068800 | | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| | | | OMB No. 1545-0008 | | |
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code  SK6  77 SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI IOWA FUNERA P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial     Last name RICHARD        LAMASTERS 1711 S. 3RD STREET MARSHALLTOWN, IA 50158-0000 | | | | 11 Nonqualified plans | 12 a-d  C |
| | | | | 14 Other | D |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State  Employer's state ID number IA    42-1186703001 3 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**         REISSUE

| a Control number 0000050447 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer Identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code<br><br>SCI FUNERAL & CEMETERY PURCHASING COOP I<br>AGENT FOR CALIFORNIA CEME<br>P.O. BOX 130548<br>HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial         Last name<br>                                   SD4    782<br>GORDON E          FARMER<br>151 SHADY LANE<br>VALLEJO, CA 94591-0000 | | | | 11 Nonqualified plans | 12 a-d<br>                         D |
| | | | | 14 Other<br>CASDI | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐   Retirement plan ☒   Third-Party Sick Pay ☐ | |
| 15 State   Employer's state ID number<br>CA    005-0348-2 | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement  **2005**          REISSUE

| a Control number 0000076982 | | | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|---|---|
| b Employer identification number 83-0344693 | | d Employee's social security number | | 3 Social security wages | 4 Social security tax withheld |
| c Employer's name, address, and ZIP code SCI FUNERAL & CEMETERY PURCHASING COOP I AGENT FOR SCI OREGON FUNE P.O. BOX 130548 HOUSTON TX 77219-0548 | | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | | | | 7 Social security tips | 8 Allocated tips |
| | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial    Last name SQ2      49 KENNETH R         ALLEN PO BOX 2742 EUGENE, OR 97402-0000 | | | | 11 Nonqualified plans | 12 a-d       D |
| f Employee's address and ZIP code | | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-Party Sick Pay ☐ |
| 15 State OR | Employer's state ID number 0002937-4 | 16 State wages, tips, etc | | tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2  Wage and Tax Statement  2004                REPLACEMENT COPY