1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC., SCI FUNERAL AND
   CEMETERY PURCHASING COOPERATIVE, INC., and
7  SCI WESTERN MARKET SUPPORT CENTER, L.P.
   a/k/a SCI WESTERN MARKET SUPPORT CENTER, L.P.
8
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12

| | | |
|---|---|---|
| 13 | CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON et al., on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., and JOHN DOES 1-3, et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. **3:07-CV-5696-SI**<br><br>[PROPOSED ORDER] GRANTING DEFENDANTS ALDERWOODS GROUP, INC., SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC. AND SCI WESTERN MARKET SUPPORT CENTER, L.P.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6), MOTION TO DISMISS OR STRIKE PORTIONS OF THE AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR FRCP 12(f), AND MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)<br><br>Date:  May 9, 2008<br>Time:  9:00   a.m.<br>Dept:  10<br><br>AMENDED COMPLAINT FILED 3/5/2008<br>TRIAL DATE: NONE |

**PROPOSED ORDER GRANTING DEFENDANTS MOTIONS**                                                                       1
Case No. 3:07-CV-5696-SI

1  Defendants Alderwoods Group, Inc., SCI Funeral And Cemetery Purchasing Cooperative, Inc., and SCI Western Market Support Center, L.P.'s Motions to Dismiss, Strike and for a More Definite Statement came on for hearing before this Court. After consideration of the briefs and arguments of counsel, and all other matters presented to this Court:

IT IS HEREBY ORDERED that Defendants' Motions are granted.

Dated:_____        _____
                                    United States District Court Judge