1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA 95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131
5
   Attorneys for Defendants
6
   ALDERWOODS GROUP, INC., PAUL A.
7  HOUSTON, SERVICE CORPORATION
   INTERNATIONAL, SCI FUNERAL AND
8  CEMETERY PURCHASING COOPERATIVE, INC.,
9  SCI EASTERN MARKET SUPPORT CENTER, L.P.,
   SCI WESTERN MARKET SUPPORT CENTER, L.P.
10 a/k/a SCI WESTERN MARKET SUPPORT CENTER, L.P.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 CLAUDE BRYANT, CRAIG FULCHER,        )   No. 3:07-CV-5696-SI
16 SANFORD LEVINE and THOMAS            )
   THOMPSON et al., on behalf of themselves )
17 and all other employees and former employees )  **DECLARATION OF JANET KEY IN**
   similarly situated,                  )   **SUPPORT OF SERVICE**
18                                       )   **CORPORATION INTERNATIONAL'S**
                                         )   **MOTION TO DISMISS AMENDED**
19            Plaintiffs,                )   **COMPLAINT PURSUANT TO FRCP**
                                         )   **12(b)(2) and 12(b)(6)**
20      vs.                              )
                                         )
21 ALDERWOODS GROUP, INC., PAUL A.       )
   HOUSTON, SERVICE CORPORATION          )
22 INTERNATIONAL, SCI FUNERAL AND        )
   CEMETERY PURCHASING                   )
23 COOPERATIVE, INC., SCI EASTERN        )
   MARKET SUPPORT CENTER, L.P. SCI       )
24 WESTERN MARKET SUPPORT CENTER,        )
   L.P. a/k/a SCI WESTERN MARKET         )
25 SUPPORT CENTER, INC., SCI HOUSTON     )
   MARKET SUPPORT CENTER, L.P., and      )
26                                       )
27 JOHN DOES 1-3, et al.                 )
                                         )
28            Defendants.                )

**JANET KEY'S DECLARATION RE MOTION TO DISMISS**                    1
Case No. 3:07-CV-5696-SI

1      I, Janet Key, hereby specially appear in this matter in support of Service

2  Corporation International's motion to dismiss the Amended Complaint and submit the

3  following declaration under penalty of perjury:

4      1.    I am a resident of Cypress, Texas.

5      2.    I am employed by SCI Funeral & Cemetery Purchasing Cooperative, Inc. as

6  Senior Legal Assistant, and am also its Corporate Secretary. As part of my job duties, I

7  am familiar with the corporate structure of Service Corporation International ("SCI").

8      3.    SCI is a publicly held Texas corporation whose stock is traded on the New

9  York Stock Exchange.

10      4.    SCI has no employees; rather, it is a holding company only.

11      5.    SCI's corporate headquarters and only offices are located in Houston,

12  Texas.

13      6.    SCI is not licensed and does not conduct any business in the State of

14  California.

15      7.    SCI is not party to any contracts, employment or otherwise, with any of the

16  plaintiffs in this action.

17      8.    SCI has never employed or supervised the employment of any of the

18  plaintiffs herein.

19      9.    SCI does not maintain an office nor held any bank accounts within the State

20  of California.

21      10.    SCI does not own any real property in the State of California.

22      11.    SCI does not pay any taxes to the State of California.

23      12.    SCI does not manage the business activities of any funeral establishment,

24  cemetery or other local facility in the State of California that is owned or operated by any

25  subsidiary of SCI.

26      13.    SCI does not hire, supervise or terminate any employees of any funeral

27  establishment, cemetery or other local facility within the State of California that is owned

28  or operated by a subsidiary of SCI.

///

**JANET KEY'S DECLARATION RE MOTION TO DISMISS**
Case No. 3:07-CV-5696-SI
    2

1    14.    I make this declaration based upon my own personal knowledge.  If called

2    upon to testify about the matters set forth herein, I could and would do so.

3    I declare under penalty of perjury under the laws of the laws of the United States

4    that the foregoing is true and correct to the best of my knowledge.  Executed this 24th

5    day of _MARCH_ , 2008, in Houston, Texas.

6

7                                _Janet Key_
                                 JANET KEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JANET KEY'S DECLARATION RE MOTION TO DISMISS**                              3
Case No. 3:07-CV-5696-SI