1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, ESQ. SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA 95661-3805
4  Telephone    (916) 797-3100
   Facsimile    (916) 797-3131
5
   Attorneys for Defendants
6
7  ALDERWOODS GROUP, INC., PAUL A.
   HOUSTON, SERVICE CORPORATION
8  INTERNATIONAL, SCI FUNERAL AND
   CEMETERY PURCHASING COOPERATIVE, INC.,
9  SCI EASTERN MARKET SUPPORT CENTER, L.P.,
   SCI WESTERN MARKET SUPPORT CENTER, L.P.
10 a/k/a SCI WESTERN MARKET SUPPORT CENTER, L.P.
11
12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
14
15 CLAUDE BRYANT, CRAIG FULCHER,        ) No. 3:07-CV-5696-SI
   SANFORD LEVINE and THOMAS            )
16 THOMPSON et al., on behalf of themselves )
   and all other employees and former employees ) DECLARATION OF ROBERT PISANO
17 similarly situated,                  ) IN SUPPORT OF SCI EASTERN
                                        ) MARKET SUPPORT CENTER, L.P.
18                                      ) MOTION TO DISMISS AMENDED
          Plaintiffs,                   ) COMPLAINT PURSUANT TO FRCP
19    vs.                               ) 12(b)(2) AND FRCP 12(b)(6)
                                        )
20 ALDERWOODS GROUP, INC., PAUL A.      )
21 HOUSTON, SERVICE CORPORATION         )
   INTERNATIONAL, SCI FUNERAL AND       )
22 CEMETERY PURCHASING                  )
   COOPERATIVE, INC., SCI EASTERN       )
23 MARKET SUPPORT CENTER, L.P. SCI      )
24 WESTERN MARKET SUPPORT CENTER,       )
   L.P. a/k/a SCI WESTERN MARKET        )
25 SUPPORT CENTER, INC., SCI HOUSTON    )
26 MARKET SUPPORT CENTER, L.P., and     )
   JOHN DOES 1-3, et al.                )
27                                      )
                                        )
28        Defendants.                   )

ROBERT PISANO'S DECLARATION RE MOTION TO DISMISS
Case No. 3:07-CV-5696-SI                                                1

1.     I, Robert Pisano, hereby specially appear in this matter for the sole purpose of moving to dismiss the Amended Complaint and, in support of that motion, submit the following declaration under penalty of perjury:

1. I am a resident of Eastchester, New York.

2. I work with the SCI Eastern Market Support Center, L.P. ("Eastern Market Support"). I make this declaration based upon my own personal knowledge. If called upon to testify about the matters set forth herein, I could and would do so.

3. Eastern Market Support's office is located in Long Island City, New York.

4. Eastern Market Support has never been licensed or conducted business in the State of California. It provides executive, management, administrative, accounting, data processing, and human resources services to the funeral establishments, cemeteries and other local facilities owned by Service Corporation International's ("SCI") subsidiary companies that are located in the following states: Connecticut, Illinois, Iowa, Maine, Maryland, Michigan, Minnesota, Nebraska, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Virginia, Massachusetts, District of Columbia, Indiana, Wisconsin and Vermont.

5. At no time did Eastern Market Support provide any such services within the State of California or to any business entity doing business in the State of California.

6. Eastern Market Support has never entered into any contracts, employment or otherwise, with any of the plaintiffs in this action. It never employed or supervised the employment of any of the plaintiffs in this action.

7. Eastern Market Support has never maintained an office or held any bank accounts located within the State of California.

ROBERT PISANO'S DECLARATION RE MOTION TO DISMISS
Case No. 3:07-CV-5696-SI      2

8. Eastern Market Support has not owned any real property in the State of California.

9. Eastern Market Support has not paid any taxes to the State of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26 day of March, 2008, at Long Island City, New York.

_____
ROBERT PISANO

**ROBERT PISANO'S DECLARATION RE MOTION TO DISMISS**
Case No. 3:07-CV-5696-SI

3