| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | DAVID M. DANIELS, ESQ. SB# 170315 |
| 2 | NICHOLAS P. FORESTIERE, ESQ. SB # 125118 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA  95661-3805 |
| 4 | Telephone      (916) 797-3100 |
| | Facsimile        (916) 797-3131 |
| 5 | |
| 6 | Attorneys for Defendants |
| | SERVICE CORPORATION |
| 7 | INTERNATIONAL, SCI EASTERN MARKET SUPPORT CENTER, L.P.'S, SCI HOUSTON |
| 8 | MARKET SUPPORT CENTER, L.P, AND |
| | PAUL A. HOUSTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON et al., on behalf of themselves and all other employees similarly situated, | ) ) ) ) ) | No. **3:07-CV-5696-SI** |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING DEFENDANTS SERVICE CORPORATION INTERNATIONAL'S, SCI EASTERN MARKET SUPPORT CENTER, L.P.'S, SCI HOUSTON MARKET SUPPORT CENTER, L.P'S AND PAUL A. HOUSTON'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(2) (LACK OF** *IN PERSONAM* **JURISDICTION) OR, ALTERNATIVELY, FRCP 12(b)(6) (FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED)** |
| vs. | ) ) | |
| ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., and JOHN DOES 1-3, et al. | ) ) ) ) ) ) ) ) ) ) ) ) | Date:   May 9, 2008<br>Time:   9:00   a.m.<br>Dept:   10 |
| Defendants. | ) ) ) ) | AMENDED COMPLAINT FILED 3/5/2008<br>TRIAL DATE: NONE |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS          1
Case No. 07-CV-5696-SI

1  Defendants Service Corporation International's, SCI Eastern Market Support Center,
2  L.P.'s, SCI Houston Market Support Center, L.P's and Paul A. Houston's Motion to Dismiss
3  came on for hearing before this Court. After consideration of the briefs and arguments of counsel,
4  and all other matters presented to this Court:
5  IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.

Dated:_____                    _____
                                                United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS          2
Case No. 07-CV-5696-SI