Dated: March 28, 2008

Respectfully submitted,

| By: /s/ | By: /s/ [signature] |
|---|---|
| Sanford Jay Rosen | Steven Hazard Gurnee |
| Maria V. Morris | David Merrill Daniels |
| Lori E. Rifkin | John A. Mason |
| ROSEN BIEN & GALVAN, LLP | Nicholas Pierre Forestiere |
| 315 Montgomery Street, 10th Floor | GURNEE & DANIELS LLP |
| San Francisco, CA 94104 | 2240 Douglas Blvd, Suite 150 |
| Telephone: 415-433-6830 | Roseville, CA 95648 |
| Facsimile: 415-433-7104 | Telephone: 916-797-3100 |
| | Facsimile: 916-797-3131 |

Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:

Counsel for Defendants

J. Nelson Thomas
Patrick J. Solomon
Michael J. Lingle
Annette Gifford
Justin Cordello
Dolin, Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607
Telephone: 585-272-0540
Facsimile: 585-272-0574

Charles H. Saul
Liberty J. Weyandt
Kyle T. McGee.
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: 412-281-4256
Facsimile: 412-642-2380

Counsel for Plaintiffs