1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5  srosen@rbg-law.com

6  [Additional Counsel Listed on Following Page]

7  Attorneys for Plaintiffs

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO/OAKLAND DIVISION

11

12 | CLAUDE BRYANT, CRAIG FULCHER,                 ) Case No. CV 07-5696 SI
   | SANFORD LEVINE and THOMAS                    )
   | THOMPSON,                                    ) **[PROPOSED] ORDER**
13 | on behalf of themselves                      ) **CONTINUING CASE**
   | and all employees similarly situated,        ) **MANAGEMENT CONFERENCE**
14 |                                              )
   |         Plaintiffs,                          )
15 |                     - vs -                   )
   |                                              )
16 | ALDERWOODS GROUP, INC., PAUL A.              )
   | HOUSTON, SERVICE CORPORATION                 )
17 | INTERNATIONAL, SCI FUNERAL AND               )
   | CEMETERY PURCHASING                          )
18 | COOPERATIVE, INC., SCI EASTERN               )
   | MARKET SUPPORT CENTER, L.P., SCI             )
19 | WESTERN MARKET SUPPORT CENTER,               )
   | L.P. a/k/a SCI WESTERN MARKET                )
20 | SUPPORT CENTER, INC., SCI HOUSTON            )
   | MARKET SUPPORT CENTER, L.P, and              )
21 | JOHN DOES 1-3,                               )
   |                                              )
22 |         Defendants.                          )
   |                                              )
23 |                                              )
   |                                              )
24 | _____)

25

26

27

28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          Case No. CV 07-5696 SI

| | |
|---|---|
| 1 | Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*: |
| 2 | |
| 3 | J. Nelson Thomas, NY Attorney No. 2579159<br>Patrick J. Solomon, NY Attorney No. 2716660 |
| 4 | Michael J. Lingle, NY Attorney No. 3925765<br>Annette Gifford, NY Attorney No. 4105870 |
| 5 | Justin Cordello, NY Attorney No. 4131447<br>DOLIN, THOMAS & SOLOMON LLP |
| 6 | 693 East Avenue<br>Rochester, NY 14607 |
| 7 | Telephone: (585) 272-0540<br>Facsimile:  (585) 272-0574 |
| 8 | nthomas@theemploymentattorneys.com |
| 9 | Charles H. Saul, PA State Bar No. 19938<br>Liberty J. Weyandt, PA State Bar No. 87654 |
| 10 | Kyle T. McGee, PA State Bar No. 205661<br>MARGOLIS EDELSTEIN |
| 11 | 525 William Penn Place<br>Suite 3300 |
| 12 | Pittsburgh, PA 15219<br>Telephone: (412) 281-4256 |
| 13 | Facsimile: (412) 642-2380<br>csaul@margolisedelstein.com |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2        Good cause appearing, plaintiffs' administrative motion to continue the Case
3   Management Conference currently scheduled for Monday, April 7, 2008, is hereby
4   granted.  The Court will reschedule that conference, if necessary, after its ruling on
5   plaintiffs' motions for remand.
6
7   Dated:_____        _____
8                                          Honorable Susan Illston
9                                          United States District Court
10
11      The case management conference has been continued to 6/20/08 at 2 p.m.  A joint case
12   management conference statement shall be filed one week prior to the conference.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE           Case No. CV 07-5696 SI