```
 1  Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
 2  Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
 3  315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
 4  Telephone: (415) 433-6830
    Facsimile: (415) 433-7104
 5  srosen@rbg-law.com

 6  Attorneys for Plaintiffs

 7  [Additional Counsel Listed on Following Page]
```

FILED APR - 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated<br><br>Plaintiffs,<br>- vs -<br><br>ALDERWOODS GROUP, INC., et al.,<br><br>Defendants. | Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. SOLOMON *PRO HAC VICE*** |
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br><br>SERVICE CORPORATION INTERNATIONAL, et al.,<br><br>Defendants. | |
| WILLIAM HELM, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br><br>ALDERWOODS GROUP, INC., et al.,<br><br>Defendants. | |

APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. SOLOMON PRO HAC VICE -
Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

179243-1

1
2  Additional Attorneys for Plaintiffs, who will submit applications for admission *pro hac vice*:
3  J. Nelson Thomas, NY Attorney No. 2579159
4  Patrick J. Solomon, NY Attorney No. 2716660
   Annette Gifford, NY Attorney No. 4105870
5  DOLIN, THOMAS & SOLOMON LLP
   693 East Avenue
6  Rochester, NY 14607
   Telephone: (585) 272-0540
7  Facsimile:  (585) 272-0574
   nthomas@theemploymentattorneys.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. SOLOMON PRO HAC VICE -
    Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

179243-1

1  Pursuant to Civil Local Rule 11-3, PATRICK J. SOLOMON, a partner in the law firm of Dolin, Thomas & Solomon LLP, and an active member in good standing of the Bar of the State of New York (Bar No. 2716660), and the United States District Courts for the Northern and Western Districts of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis to represent Plaintiffs in the three above-entitled actions, all of which have been determined to be related.

In support of this application, I certify that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the three above-entitled actions. The name, address and telephone number of those attorneys are:

> Sanford Jay Rosen, State Bar No. 62566
> Maria V. Morris, State Bar No. 223903
> Lori E. Rifkin, State Bar No. 244081
> 315 Montgomery Street, Tenth Floor
> San Francisco, CA 94104
> Telephone: (415) 433-6830

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration has been executed this 28th day of March, 2008, at Rochester, NY.

Dated: March 28, 2008

By: *[signature]*

Patrick J. Solomon

---

1

APPLICATION FOR ADMISSION OF ATTORNEY PATRICK J. SOLOMON PRO HAC VICE -
Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI