1 | Sanford Jay Rosen, State Bar No. 62566
2 | Maria V. Morris, State Bar No. 223903
  | Lori E. Rifkin, State Bar No. 244081
3 | ROSEN, BIEN & GALVAN, LLP
  | 315 Montgomery Street, Tenth Floor
4 | San Francisco, CA 94104
  | Telephone: (415) 433-6830
5 | Facsimile: (415) 433-7104
  | srosen@rbg-law.com
6
  | Attorneys for Plaintiffs
7

RECEIVED
APR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>ALDERWOODS GROUP, INC., et al.,<br>Defendants. | Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON *PRO HAC VICE*** |
| CLAUDE BRYANT, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>SERVICE CORPORATION INTERNATIONAL, et al.,<br>Defendants. | |
| WILLIAM HELM, et al., on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br>- vs -<br>ALDERWOODS GROUP, INC., et al.,<br>Defendants. | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1     Patrick J. Solomon, an active member in good standing of the Bar of the State of
2 New York and the United States District Courts for the Northern and Western Districts of
3 New York, whose business address and telephone number is:

4     DOLIN, THOMAS & SOLOMON LLP
    693 East Avenue
5     Rochester, New York 14607
    Telephone: (585) 272-0540
6     Facsimile: (585) 272-0574

7

8     having applied in the three above-entitled actions, all of which have been
9 determined to be related, for admission to practice in the Northern District of California on
10 a *pro hac vice* basis, representing Plaintiffs.

11     IT IS HEREBY ORDERED that the application is granted, subject to the terms and
12 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
13 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
14 designated in the application will constitute notice to the party. All future filings in this
15 action are subject to the requirements contained in General Order, No.45, *Electronic Case*
16 *Filing*.

17

18
19 DATED:
20                                                                    Honorable Susan Illston
                                                     United States District Judge

21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI