1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile: (415) 433-7104
5  srosen@rbg-law.com

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 CLAUDE BRYANT, et al.,                )  Case Nos. C 07-5696-SI, C 08-1190-SI,
   on behalf of themselves                )  C 08-1184-SI
11 and all employees similarly situated,  )
                                          )
12     Plaintiffs,                        )  **[PROPOSED] ORDER GRANTING
                                          )  APPLICATION FOR ADMISSION
13         - vs -                         )  OF ANNETTE GIFFORD *PRO HAC*
                                          )  *VICE***
14 ALDERWOODS GROUP, INC., et al.,        )
                                          )
15     Defendants.                        )

16 CLAUDE BRYANT, et al.,                 )
   on behalf of themselves                )
17 and all employees similarly situated,  )
                                          )
18     Plaintiffs,                        )
                                          )
19         - vs -                         )
                                          )
20 SERVICE CORPORATION INTERNATIONAL, )
   et al.,                                )
21                                        )
       Defendants.                        )

22
   WILLIAM HELM, et al.,                  )
23 on behalf of themselves                )
   and all employees similarly situated,  )
24                                        )
       Plaintiffs,                        )
25         - vs -                         )
                                          )
26 ALDERWOODS GROUP, INC., et al.,        )
                                          )
27     Defendants.                        )

28

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ANNETTE GIFFORD PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1    Annette Gifford, an active member in good standing of the Bar of the State of New
2    York and the United States District Courts for the Northern, Southern, Eastern, and
3    Western Districts of New York, whose business address and telephone number is:

4    DOLIN, THOMAS & SOLOMON LLP
     693 East Avenue
5    Rochester, New York  14607
     Telephone: (585) 272-0540
6    Facsimile:  (585) 272-0574

8    having applied in the three above-entitled actions, all of which have been
9    determined to be related, for admission to practice in the Northern District of California on
10   a *pro hac vice* basis, representing Plaintiffs.
11   IT IS HEREBY ORDERED that the application is granted, subject to the terms and
12   conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate
13   appearance *pro hac vice*.  Service of papers upon and communication with co-counsel
14   designated in the application will constitute notice to the party.  All future filings in this
15   action are subject to the requirements contained in General Order, No.45, *Electronic Case*
16   *Filing*.

18   DATED:
19   
20                                            Honorable Susan Illston
                                              United States District Judge

1
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ANNETTE GIFFORD PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI