```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017761
Cashier ID: almaceh
Transaction Date: 04/03/2008
Payer Name: DOLIN THOMAS SOLOMON LLP
----------------------------------------
PRO HAC VICE
 For: A GIFFORD
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 395
 Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C07-5696 SI, C08-1190 SI, C08-1184
SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```