RECEIVED
APR 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Sanford Jay Rosen, State Bar No. 62566
2  Maria V. Morris, State Bar No. 223903
   Lori E. Rifkin, State Bar No. 244081
3  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
4  San Francisco, CA 94104
   Telephone: (415) 433-6830
5  Facsimile: (415) 433-7104
   srosen@rbg-law.com

6  Attorneys for Plaintiffs

7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 | CLAUDE BRYANT, et al.,                          ) Case Nos. C 07-5696-SI, C 08-1190-SI,
11 | on behalf of themselves                         ) C 08-1184-SI
   | and all employees similarly situated,           )
12 |                                                 )
   |         Plaintiffs,                             ) **[PROPOSED] ORDER GRANTING**
13 |              - vs -                             ) **APPLICATION FOR ADMISSION**
   |                                                 ) **OF PATRICK J. SOLOMON *PRO***
14 | ALDERWOODS GROUP, INC., et al.,                 ) ***HAC VICE***
   |                                                 )
15 |         Defendants.                             )

16 | CLAUDE BRYANT, et al.,                          )
   | on behalf of themselves                         )
17 | and all employees similarly situated,           )
18 |                                                 )
   |         Plaintiffs,                             )
19 |              - vs -                             )
   |                                                 )
20 | SERVICE CORPORATION INTERNATIONAL, )
   | et al.,                                         )
21 |                                                 )
   |         Defendants.                             )

22 | WILLIAM HELM, et al.,                           )
23 | on behalf of themselves                         )
   | and all employees similarly situated,           )
24 |                                                 )
   |         Plaintiffs,                             )
25 |              - vs -                             )
   |                                                 )
26 | ALDERWOODS GROUP, INC., et al.,                 )
   |                                                 )
27 |         Defendants.                             )

28

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC
VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI

1 | Patrick J. Solomon, an active member in good standing of the Bar of the State of
2 | New York and the United States District Courts for the Northern and Western Districts of
3 | New York, whose business address and telephone number is:

DOLIN, THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York  14607
Telephone: (585) 272-0540
Facsimile:  (585) 272-0574

having applied in the three above-entitled actions, all of which have been determined to be related, for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order, No.45, *Electronic Case Filing*.

DATED:

_____
Honorable Susan Illston
United States District Judge

---

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PATRICK J. SOLOMON PRO HAC VICE – Case Nos. C 07-5696-SI, C 08-1190-SI, C 08-1184-SI