**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 4/3/08

Case No.   C-08-1184, 07-5696, 08-1190 , 07-5696     Judge:  SUSAN ILLSTON

Title: HELM & BRYANT -v- ALDERWOODS

Attorneys: A. Gifford, S. Rosen         N. Forstiere, J. Mason

Deputy Clerk:  Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)   Telephone Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                PART

Case continued to __ for Further Case Management Conference

Case continued to **5/9/08     @ 9:00 a.m.**   for Motion to Remand to State Court

Case continued to **6/20/08 @ 9:00 a.m. @ 9:00 a.m.**   for Motion to Transfer

Case continued to **@ 8:30 a.m.** for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Defense counsel will file a notice of withdrawal of motions without prejudice as to all other motions that have not been calendared.

Re: 07-5696
Counsel will be filing an order to transfer to the Western District of Pennsylvania.