| | |
|---|---|
| 1 | STEVEN H. GURNEE, ESQ. SB# 66056 |
| | DAVID M. DANIELS, ESQ. SB# 170315 |
| 2 | NICHOLAS P. FORESTIERE, ESQ. SB# 125118 |
| | GURNEE & DANIELS LLP |
| 3 | 2240 Douglas Boulevard, Suite 150 |
| | Roseville, CA  95661-3805 |
| 4 | Telephone      (916) 797-3100 |
| | Facsimile      (916) 797-3131 |
| 5 | |
| | Attorneys for Defendants |
| 6 | ALDERWOODS GROUP, INC., |
| | SERVICE CORPORATION INTERNATIONAL, |
| 7 | SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., |
| 8 | SCI EASTERN MARKET SUPPORT CENTER, L.P. |
| | SCI WESTERN MARKET SUPPORT CENTER, L.P. |
| 9 | a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., |
| 10 | SCI HOUSTON MARKET SUPPORT CENTER, L.P., |
| | THOMAS RYAN, PAUL A. HOUSTON, JANE JONES, |
| 11 | CURTIS BRIGGS, AND GWEN PETTEWAY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON et al., on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P. SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., and JOHN DOES 1-3, et al.<br><br>Defendants. | No.  3:07-CV-5696-SI ("*Bryant I*")<br><br>Including The Related Cases of:<br><br>*Helm et al v. Alderwoods Group, Inc. et al.* Case No. 3:08-cv-01184-SI<br><br>And<br><br>*Bryant et al v. Service Corporation International et al.* Case No. 3:08-cv-01190-SI<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE                                                                                     1
Case No. 3:07-CV-5696-SI

1  I am a citizen of the United States. My business address is 2240 Douglas Boulevard, Suite 150, Roseville, California 95661. I am employed in the County of Placer where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

> 1. ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTIONS AND SCHEDULING ORDER

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

| | |
|---|---|
| Charles Saul<br>Margolis Edlestein<br>525 William Penn Place, Suite 3300<br>Pittsburgh, PA 15219 | Patrick J. Solomon<br>Dolin Thomas & Solomon LLP<br>693 East Avenue<br>Rochester, NY 14607 |

Nelson J. Thomas
Dolin Thomas & Solomon
693 East Avenue
Rochester, NY 14607

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on April 11, 2008, at Roseville, California.

_____
CANDACE NELSON

CERTIFICATE OF SERVICE
Case No. 3:07-CV-5696-SI