Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile:  (415) 433-7104
srosen@rbg-law.com

Attorneys for Plaintiffs

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLAUDE BRYANT, CRAIG FULCHER, SANFORD LEVINE and THOMAS THOMPSON, on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>- vs -<br><br>ALDERWOODS GROUP, INC., SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., SCI HOUSTON MARKET SUPPORT CENTER, L.P., JANE D. JONES, GWEN PETTEWAY, THOMAS RYAN, PAUL A. HOUSTON and CURTIS BRIGGS<br><br>Defendants. | Case No. C 07-05696SI<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF (COLLEEN W. RORIE)** |

1  Additional Attorneys for Plaintiffs, admitted *pro hac vice* or who have submitted applications for
2  admission *pro hac vice*:

3  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
4  Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
5  693 East Avenue
   Rochester, NY 14607
6  Telephone: (585) 272-0540
   Facsimile:  (585) 272-0574
7  psolomon@theemploymentattorneys.com

8  Charles H. Saul, PA State Bar No.19938
   Liberty J. Weyandt, PA State Bar No. 87654
9  Kyle T. McGee, PA State Bar No. 205661
   MARGOLIS EDELSTEIN
10 525 William Penn Place
   Suite 3300
11 Pittsburgh, PA 15219
   Telephone: (412) 281-4256
12 Facsimile: (412) 642-2380
   csaul@margolisedelstein.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

CONSENT TO BECOME A PARTY PLAINTIFF (COLLEEN W. RORIE) – CV 07-5696 SI

[175551-2]

Plaintiffs, by and through their counsel, Dolin, Thomas & Solomon LLP, hereby file a Consent To Become A Party Plaintiff signed by Colleen W. Rorie.

Respectfully Submitted,

DOLIN, THOMAS & SOLOMON LLP

Date: May 12, 2008

By: /s/ *Annette Gifford*

J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
Kyle T. McGee, PA State Bar No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256

ROSEN, BIEN & GALVAN, LLP
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

Attorneys for Plaintiff

[175551-2]

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in this action, seeking payment of unpaid wages under Federal or State law, including overtime wages, and related relief against my employer(s) including any individual(s) who may be considered my employer(s), on behalf of myself and other former and current employees of the employer(s). I am, or was employed by Alderwoods Group, Inc. and/or Service Corporation International

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate them class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, including the settlement therefore, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Colleen W. Rorie_ 1/11/08   Colleen W. Rorie
Signature                Date         Print Name

Consent to Opt-In 14353